# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

IN RE:     MURRAY ARMSTRONG                              Case Number:   05-30911
           EVA S ARMSTRONG
           Debtors

## UNCLAIMED PROPERTY REPORT

The Trustee now presents to the Clerk of the US Bankruptcy Court for deposit into the Registry of the Court as unclaimed property, the sum of $3652.62, check #786259, for the following reason:

The creditor named below as failed or refused to timely negotiate the Trustees' pro-rata disbursement check in the above referenced case.

PERSONS ENTITLED TO PROPERTY
AND LAST KNOWN ADDRESS:

CIT GROUP/CONSUMER FINANCE
715 SO METROPOLITAN
SUITE 150
OKLAHOMA CITY, OK 73108

Claim #  5

Claim Amount:  $59,507.13

Dated:  January 03, 2011

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY  40588-2204

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION